## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Larry Mitchel Phelps, | Civil No. 11-1212 (RHK/FLN) |
| Plaintiff, | |
| vs. | **ORDER FOR JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| Wal-Mart Stores, Inc., | |
| Defendant. | |

Based upon the parties' Stipulation for Dismissal With Prejudice (Doc. No. 14), **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE,** without costs or disbursements to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  April 11, 2012

                                                                s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge